## ST. LOUIS & S. F. R. CO. v. SPARKS *et al.*

No. 836. Opinion Filed May 9, 1911.

Rehearing Denied September 11, 1912.

*Error from Grady County Court;*
*N. M. Williams, Judge.*

Action by J. F. Sparks, Tom Peery, and John Sacra, doing business under the firm name of Sparks, Peery & Sacra, against the St. Louis & San Francisco Railroad Company. Judgment for plaintiffs, and defendant brings error. Reversed and remanded with directions.

*W. F. Evans, R. A. Kleinschmidt,* and *W. C. Mitchell,* for plaintiff in error.

*F. E. Riddle,* for defendants in error.

KANE, J. There is a stipulation in the above-entitled cause to the effect that it may abide the result of *St. L. & S. F. R. Co. v. Ladd, ante,* 124 Pac. 461. In pursuance of said stipulation, the judgment of the court below is reversed and the cause remanded, with directions to grant a new trial.

TURNER, C. J., and HAYES, WILLIAMS, and DUNN, JJ., concur.